**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6485**

---

DERRY LORENZO WILLIAMS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
92-126, CA-96-199-S)

---

Submitted: September 23, 1997      Decided: November 4, 1997

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Derry Lorenzo Williams, Appellant Pro Se. Richard Douglas Bennett,
MILES & STOCKBRIDGE, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)) and his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm. <u>See United States v. Williams</u>, Nos. CR-92-126; CA-96-199-S (D. Md. Mar. 1 & 27, 1996); <u>Lindh v. Murphy</u>, 117 S. Ct. 2059 (1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2